UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONNOR ALBERT DAVIS,

    Petitioner,

v.

COLUSA COUNTY COURT SYSTEM,

    Respondents.

No. C 11-4065 SI (pr)

**ORDER OF TRANSFER**

Connor Albert Davis, an inmate at the Colusa County Jail, has filed a petition for writ of habeas corpus to challenge his conviction from the Colusa County Superior Court or the execution of his sentence in the Colusa County Jail. Colusa County is within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). A petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction and a petition challenging the execution of the sentence is preferably heard in the district of confinement. *See* N. D. Cal. Habeas L.R. 2254-3; *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because the conviction occurred and the petitioner is confined in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: October 17, 2011

                                                SUSAN ILLSTON
                                         United States District Judge